383 A.2d 523

**COMMONWEALTH of Pennsylvania**

v.

**Lucius DAVENPORT, Appellant.**

Supreme Court of Pennsylvania.

Submitted March 7, 1977.

Decided March 23, 1978.

Lester G. Nauhaus, Lawrence J. O'Toole, Pittsburgh, for appellant.

Robert E. Colville, Dist. Atty., Robert L. Eberhardt, Asst. Dist. Atty., Pittsburgh, for appellee.

Before EAGEN, President Judge, and O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM:

On June 26, 1975, appellant, Lucius Davenport, was tried before a judge sitting without a jury and found guilty of murder of the third degree. Post-verdict motions were denied, and appellant was sentenced to a term of imprisonment from eight to twenty years. This direct appeal followed.

Appellant claims (1) that the evidence was insufficient to sustain the conviction; and (2) that he did not knowingly, intelligently and voluntarily waive his right to a jury trial. We have examined these issues and find them to be without merit.

Judgment of sentence affirmed.